IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

NOS: 1:09mj 40

IN RE: APPLICATIONS FOR SEIZURE  )   ORDER TO SEAL
WARRANTS                          )

On the government's motion to seal in the above-captioned seizure warrant files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each of these files until further order of the Court.

Signed this the 2nd day of June, 2009.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE